UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re

TONY RAY HERNANDEZ JONES,

    Petitioner.

No. C-15-0294 EMC (pr)

**ORDER OF DISMISSAL**

This action was opened on January 21, 2015, when the Court received from Tony Ray Hernandez Jones an unsigned petition for writ of habeas corpus on a form provided by the Judicial Council of California. On that date, the Court notified Mr. Jones in writing that his action was deficient in that he had failed to sign his petition and had not paid the filing fee or filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a signed petition and pay the filing fee or submit an *in forma pauperis* application within thirty days. Mr. Jones then sent to the Court a letter saying he had sent his form "to the wrong court house & I am trying to get it back because I didn't mean to send it to this court house." Docket # 5. The Court construes the letter to be a request for a voluntary dismissal and GRANTS it. Docket # 5. This action is DISMISSED without prejudice. The Clerk has returned the original unsigned petition form to Mr. Jones. *See* January 28, 2015 unnumbered docket entry. The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: March 10, 2015

_____
EDWARD M. CHEN
United States District Judge